IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE LEMM, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV254 |
| | ) | |
| v. | ) | |
| | ) | |
| OMNI ENGINEERING, INC., | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is hereby entered in favor of the defendant and against the plaintiff.

DATED this 19th day of March, 2007.

BY THE COURT:


s/Joseph F. Bataillon
Chief United States District Judge