# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1967
_____

| | |
|---|---|
| George Lemm, | * |
| | * |
|     Appellant, | * |
| | *  Appeal from the United States |
| v. | *  District Court for the |
| | *  District of Nebraska. |
| Omni Engineering, Inc., | * |
| | *  [UNPUBLISHED] |
|     Appellee. | * |

_____

Submitted: December 14, 2007
Filed: January 14, 2008
_____

Before LOKEN, Chief Judge, WOLLMAN and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

    George Lemm appeals from the district court's[1] adverse grant of summary judgment in his lawsuit against his former employer, Omni Engineering, brought under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., and Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq.

---

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.

Having conducted a *de novo* review of the record, see <u>Kratzer v. Rockwell Collins, Inc.</u>, 398 F.3d 1040, 1043 (8th Cir. 2005), we agree with the district court's conclusion that Lemm is not actually disabled because he is not limited in a major life activity, see <u>Nuzum v. Ozark Auto. Distribs., Inc.</u>, 432 F.3d 839, 843-48 (8th Cir. 2005), and that Omni Engineering neither regarded Lemm as being disabled, see <u>Christensen v. Titan Distrib., Inc.</u>, 481 F.3d 1085, 1093 (8th Cir. 2007), nor had a record which misclassified Lemm's impairment as a disability, see <u>Taylor v. Nimock's Oil Co.</u>, 214 F.3d 957, 961 (8th Cir. 2000). Because Lemm has not met the first element of a prima facie case under the ADA, we do not address the issue of whether Omni Engineering should have reasonably accommodated him.

Accordingly, we affirm the well-reasoned opinion of the district court. <u>See</u> 8th Cir. R. 47B.

_____