# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 07-1967

**George Lemm,**

Appellant

v.

**Omni Engineering, Inc.,**

Appellee

_____

Appeal from District of Nebraska - Omaha
(8:06-cv-00254-JFB)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

January 14, 2008

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans